# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF NextGen 1.7.1.1
### Eastern Division

Robert Banaszak

                                         Plaintiff,

v.                                          Case No.: 1:22–cv–04327
                                                                                   Honorable Steven C. Seeger

Anthem Glenview Management, LLC, et al.

                                         Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Monday, August 21, 2023:

      MINUTE entry before the Honorable Steven C. Seeger: The joint motion for approval of the settlement agreement (Dckt. No. [24]) is hereby granted. The Court took a close look at the terms of the settlement agreement between Plaintiff Robert Banaszak and Defendant Anthem Glenview Management, LLC. (Dckt. No. [24]) By way of background, on March 27, 2023, this Court set a deadline of April 28, 2023 for Plaintiff to file a motion for collective or class certification. Plaintiff did not file any such motion, so the only claim in the claim involves Plaintiff in an individual capacity. The Court reviewed the proposed settlement for fairness, looking to see whether it is a fair and reasonable resolution of a bona fide dispute. The parties agree that they reached the settlement at arms' length, after exchanging discovery and negotiating for several months. The Court concludes that the settlement is fair and reasonable. Plaintiff will receive 100% of the back pay that he alleges, plus penalties. The proposed award of attorneys' fees and costs is reasonable, too. The Court does have some concerns about the ratio between recovery by the Plaintiff and recovery by Plaintiff's counsel. Plaintiff will obtain $1,856 in back wages, plus $3,768 in liquidated damages, penalties, and so on. But Plaintiff's counsel will recover $16,875. That said, a lawyer has to invest a certain amount of fixed costs into any case. Sometimes the costs of getting there are greater than the value of what you get after you arrive. Overall, the Court concludes that the proposed settlement is fair and reasonable. The settlement agreement (Dckt. No. [26]) is hereby unsealed. The complaint is hereby dismissed without prejudice. The dismissal shall automatically convert to a dismissal with prejudice 14 days after the entry of this Order. The case is closed. Civil case terminated. Mailed notice. (jjr, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at *www.ilnd.uscourts.gov*.